NATIONAL LOCK COMPANY, a Corporation, Appellant, v. WINTERS & CRAMPTON CORPORATION, a Corporation, Appellee.

No. 7777.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1939.

Clarence E. Threedy, of Chicago, Ill., and Fred P. Geib, of Grand Rapids, Mich., for appellant.

Frank E. Liverance, Jr., and Tom G. Boman, both of Grand Rapids, Mich., for appellee.

Before HICKS, ALLEN, and ARANT, Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, in consideration thereof it is ordered and adjudged that the decree appealed from be and the same is affirmed for the reasons and upon the grounds stated in the opinion of the District Court filed March 23, 1937, 27 F.Supp. 261.

John W. NAYLOR, Debtor, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE EASTERN DIVISION OF THE EASTERN DISTRICT OF ARKANSAS, etc., et al.

No. 417.

Circuit Court of Appeals, Eighth Circuit.

Aug. 2, 1938.

Winstead Johnson, of Memphis, Tenn., and S. S. Hargraves, of Forrest City, Ark., for petitioner.

No appearance for respondents.

PER CURIAM.

Motion for leave to file petition for writs of mandamus and prohibition denied; appeal allowed from order of District Court complained of and motion for order dismissing Cantley, receiver, from further participation in cause and for retaxing of costs of former appeal, No. 11024, denied.